```
FUNCTION = SEQ INQUIRY                                              CASE SCREEN 4
    Case number : 17-C-210                              Action Log
         AMANDA HANSON, ET AL ..........  vs. AMERIHOME MORTGAGE COMPANY, LL
Line    Date                    Action / Results
   1  06/05/17 COMPLAINT FILED; S/C TO ATTY.
   2  06/26/17 RET FROM SEC OF ST; SEC OF ST ACCEPT OF SERV OF PROCESS FOR
   3           DEF--06/22
```

**EXHIBIT B**

```
S=Scan   U=Upload V=View X-EXPORT <F7>=CANCEL
```